AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LEONEL ALIRIO RUIZ RAMOS | ) | Case No. |
| | ) | 1:19-mj-266 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED JUN 10 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 26, 2019__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326(a) | The defendant was found in the United States after having been denied admission, excluded, deported, or removed without the express consent of the Attorney General or Secretary of Homeland Security to reapply for admission in the United States. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA Jordy Hur /AUSA William Fitzpatrick

*Complainant's signature*

Kevin Ho, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/10/19

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*